UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROL CONYERS,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

No.  2:25-cv-00552-DJC-SCR

ORDER

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On March 18, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 14.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed March 18, 2026, are adopted in full;

1

2. Plaintiff's motion for summary judgment (ECF No. 10) is GRANTED;

3. Defendant's cross-motion for summary judgment (ECF No. 12) is DENIED;

4. This matter is REMANDED to the Commissioner for further consideration consistent with this Order; and

5. The Clerk of the Court will enter judgment for Plaintiff and close this case.

IT IS SO ORDERED.

Dated:  **April 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Cony0552.801